UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
ANTONIA PHILLIPS,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL.,

                Defendants.
---------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/21

03 Civ. 4887

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that a teleconference in this matter be scheduled for December 3, 2021 at 1:30 PM. Harry Rimm, as guardian ad litem for plaintiff Henesy Feliz a/k/a Antonia Phillips, Griselda Feliz, and Sinead Fitzsimons from Orange Bank & Trust Company (the "Trustee") shall participate in the December 3 teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
           01 December 2021

                                      Victor Marrero
                                      U.S.D.J.