```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ANTONIA PHILLIPS,

                    Plaintiff,

       -against-
                                                       ORDER
THE CITY OF NEW YORK, ET AL.,
                                                       03-cv-4887
                    Defendants.
------------------------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

On March 7, 2022, Harry Rimm, as guardian ad litem for plaintiff, filed a letter motion on behalf of the Trustee requesting that the Court approve use of Trust proceeds in the amount of $1,037.46 as a one-time payment for a Yonkers water bill that is in arrears. (See Dkt. No. 383.) The Court approves the use of Trust proceeds for such purpose.

As of the date of this order, the Trustee shall withhold and place in escrow amounts from the monthly stipend paid with Trust account funds to Griselda Feliz sufficient for the Trustee to pay future water bills directly as they become due.

**SO ORDERED.**

Dated: 08 March 2022
       New York, New York

Victor Marrero
U.S.D.J.