**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------X
ANTONIA PHILLIPS,

        Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL.,

        Defendants.
-----------------------------------------------X

                                      **ORDER**

                                      03-cv-4887

**VICTOR MARRERO, U.S.D.J.:**

On June 15, 2022, Harry Rimm, as guardian ad litem for plaintiff, filed a letter motion on behalf of the Trustee requesting that the Court approve use of Trust proceeds in the amount of $55,000.00 as a one-time payment for a retaining wall and storm remediation to the Feliz home. (See Dkt. No. 386.) The Court approves the use of Trust proceeds for such purpose.

**SO ORDERED.**

Dated: 16 June 2022
       New York, New York

                                                    Victor Marrero
                                                      U.S.D.J.