```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PHILLIPS,

                Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

                Defendants.

03 CV 4887 (VM) **ORDER**

**VICTOR MARRERO, United States District Judge.**

    Harry H. Rimm, as guardian ad litem for Henesi Feliz f/k/a/ Antonia Phillips, has notified the Court regarding his attempt to obtain information from the New York City Administration for Children's Services ("ACS") for submission to this Court. Specifically, the information relates to the adoption subsidy that was paid by the City of New York to Griselda Feliz on behalf of Henesi Feliz. The ACS case number is ▇▇▇▇▇. Henesi Feliz's date of birth is ▇▇▇▇▇▇▇.

    On October 2, 2023, Dee Baker, ACS's Director of Payments and Client Services, advised Mr. Rimm that she had "consulted with our legal team and you would need to submit a court order for requested information stated below."

    Accordingly, the Court hereby directs ACS, within seven (7) days from the date of this Order, to:

(1) provide Mr. Rimm with the following information for 2018, 2019, 2020, 2021, 2022 and until the adoption subsidy for Henesi Feliz was terminated in 2023:

    a. the daily rate for the adoption subsidy paid on Henesi Feliz's behalf in each of these years; and

    b. the annual amount of the adoption subsidy paid on Henesi Feliz's behalf in each of these years.

(2) provide Mr. Rimm with written answers to the following questions:

    a. Does the amount of the adoption subsidy provided by ACS to eligible recipients increase every year?

    b. If so, how is the amount of the increase determined?

(3) provide Mr. Rimm with the name and contact information of a contact person at ACS who will be able to answer any additional questions related to Henesi Feliz's adoption subsidy that the Court or Mr. Rimm may have.

Mr. Rimm is directed to serve a copy of this Order on Director Baker.

**SO ORDERED.**

Dated:    4 October 2023
             New York, New York

_____
Victor Marrero
U.S.D.J.