USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/1/24__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PHILLIPS, et al.,

        Plaintiff,

- against -

CITY OF NEW YORK, et al.,

        Defendant.

03-cv-4887

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Guardian ad litem Harry H. Rimm is hereby directed to respond within five days to the matters raised by Orange Bank & Trust Company in the January 31, 2024 letter entered at Dkt. No. 431.

    The Court's Order entered at Dkt. No. 430 is hereby stayed pending the Court's review of the guardian ad litem's response, as well as consideration and resolution of the issues raised by Orange Bank & Trust Company.

**SO ORDERED.**

Dated:    February 1, 2024
            New York, New York

                                          Victor Marrero
                                            U.S.D.J.