USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTONIA PHILLIPS, et al.

                                    Plaintiffs,

                    - against -

CITY OF NEW YORK, et al.

                                    Defendants,

**03 Civ. 4887 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

　　　Nonparty Griselda Feliz and Guardian ad Litem Harry H. Rimm are hereby directed to appear for a telephone conference before the Court on Monday, March 11, 2024, at 2 p.m. to discuss the Henesy Feliz Supplemental Needs Trust.

　　　Those participating in the telephone conference shall jointly call Chambers from one phone line at (212) 805-6374 at the above-referenced time.

**SO ORDERED.**

Dated:    New York, New York
          March 6, 2024

                                    _____
                                        Victor Marrero
                                           U.S.D.J.