UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/24
```

ANTONIA PHILLIPS, et al.

                Plaintiffs,

- against -

CITY OF NEW YORK, et al.

                Defendants,

03 Civ. 4887 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Pursuant to an Order of this Court, Wells Fargo Bank N.A. was appointed trustee of the Henesy Feliz Supplemental Needs Trust (the "SNT"), to replace outgoing trustee Orange Bank & Trust Company. (See Dkt. Nos. 430, 440.) Pursuant to Orders of this Court dating back to 2007 and 2008, Harry H. Rimm has served as Guardian ad Litem representing the interests of Henesy Feliz. (See Dkt. Nos. 112, 139, 440.)

    This Court now authorizes Mr. Rimm — for a limited and specific purpose — to sign Client Authorizations Forms and other forms in order for Wells Fargo Bank N.A. to open the SNT account for the benefit of Henesy Feliz and so that Wells Fargo Bank N.A. may receive SNT assets being transferred from Orange Bank & Trust Company.

**SO ORDERED.**

Dated:    New York, New York
             March 15, 2024

                                                                       Victor Marrero
                                                                       U.S.D.J.