UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PHILLIPS, et al.

                Plaintiffs,

- against -

CITY OF NEW YORK, et al.

                Defendants,

03 Civ. 4887 (VM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/24

**VICTOR MARRERO, United States District Judge.**

    The Court has received the letters from Orange Bank & Trust Co. ("Orange Bank") (Dkt. No. 458) and Guardian ad Litem Harry H. Rimm ("Rimm") (Dkt. No. 459) concerning the Court's April 10 Order and the hearing in this matter currently scheduled for Friday, April 26, 2024.

    Guardian ad Litem Rimm's request to respond to the matters raised by Orange Bank on or before the morning of Thursday, April 25, 2024, is hereby **GRANTED**. The Court reserves decision on Orange Bank's requests until the Court has received the Guardian ad Litem's response.

Dated:    New York, New York
            April 23, 2024

                                            Victor Marrero
                                            U.S.D.J.