```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/25/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PHILLIPS, et al.

                Plaintiffs,

- against -

CITY OF NEW YORK, et al.

                Defendants,

03 Civ. 4887 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    In light of the number of issues raised by the letters filed in this matter today (see Dkt. Nos. 461, 462), the Court hereby adjourns the show-cause hearing in this matter from April 26, 2024, to May 10, 2024, at 11:00 AM. The Court expects by then that Orange Bank & Co. will have fully complied with the Court's earlier orders, in particular the orders requiring Orange Bank & Co. to reimburse the Henesy Feliz Supplemental Needs Trust for any improper disbursements the Bank made to itself in connection with its legal fees. All other aspects of the Court's prior orders remain in effect.

Dated:    New York, New York
           April 25, 2024

_____
Victor Marrero
U.S.D.J.