UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PHILLIPS, et al.

               Plaintiffs,

    - against -

CITY OF NEW YORK, et al.

               Defendants,

03 Civ. 4887 (VM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/24
```

**VICTOR MARRERO, United States District Judge.**

    Relevant to the hearing in this matter scheduled for Friday, May 10, Orange Bank & Co. is directed to respond no later than Wednesday, May 8, 2024, to the matters set forth in the April 25 letter from Guardian ad Litem Harry H. Rimm entered at Docket No. 462.

**SO ORDERED.**

Dated:    New York, New York
             May 6, 2024

                                                      Victor Marrero
                                                          U.S.D.J.