UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PHILLIPS, et al.

        Plaintiffs,

- against -

CITY OF NEW YORK, et al.

        Defendants,

03 Civ. 4887 (VM)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/24

**VICTOR MARRERO**, United States District Judge.

Upon review of the letter filed by Orange Bank & Co. (see Dkt. No. 466), the Court is persuaded that there is no need for additional written responses or a hearing on sanctions.

The Court denies the Guardian ad Litem's request to impose compensatory sanctions on Orange Bank & Co. The Court considers this matter to now be closed, and the hearing currently set for May 10, 2024, is hereby vacated.

**SO ORDERED.**

Dated:    New York, New York
            May 8, 2024

                                            Victor Marrero
                                            U.S.D.J.