UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PHILLIPS, et al.

                Plaintiffs,

      - against -

CITY OF NEW YORK, et al.

                Defendants,

03 Civ. 4887 (VM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/09/24

**VICTOR MARRERO**, United States District Judge.

    Orange Bank & Co. is hereby directed to file a letter no later than seven days from the date of this Order indicating its compliance status with the Court's order of March 11, 2024 (see Dkt. No. 444), in particular the status of its Annual Accounting for the Henesy Feliz Supplemental Needs Trust (the "Trust"), its Final Accounting for the Trust, and the preparation of 2023 federal and state tax returns for the Trust.

    Orange Bank & Co. need not re-address compliance matters discussed at length in its letters dated May 8, 2024 (see Dkt. No. 466), April 30, 2024 (see Dkt. No. 464), and April 4, 2024 (see Dkt. No. 452).

**SO ORDERED.**

Dated:    New York, New York
            May 9, 2024

                                            Victor Marrero
                                              U.S.D.J.