UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PHILLIPS, et al.

                Plaintiffs,

      - against -

CITY OF NEW YORK, et al.

                Defendants,

03 Civ. 4887 (VM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/24

**VICTOR MARRERO**, United States District Judge.

    The Court hereby schedules a conference in this matter for Wednesday, June 26, 2024, at 2:30 p.m. in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, New York. The Court expects in-person attendance from interested parties, namely Guardian ad Litem Harry Rimm, Griselda Feliz, Artem Djukic, and a representative from Wells Fargo Bank, N.A.

    Parties unable to attend the June 26 conference in person may reach out to Chambers to inquire about appearance by telephone.

**SO ORDERED.**

Dated:    New York, New York
           May 16, 2024

                                                        Victor Marrero
                                                        U.S.D.J.