```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PHILLIPS, et al.

                Plaintiffs,

- against -

CITY OF NEW YORK, et al.

                Defendants,

03 Civ. 4887 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court has received a letter from Wells Fargo Bank, N.A. ("Wells Fargo"), the Trustee of the Henesy Feliz Supplemental Needs Trust (the "Trust"), requesting the Court's action on a number of issues. (See Dkt. No. 481.)

    Grizelda Feliz or her representative and a representative of Wells Fargo are directed to attend the hearing in this matter currently scheduled for 2 p.m. on August 23, 2024, and to be prepared to discuss the Trust-related matters set forth in Wells Fargo's letter entered at Dkt. No. 481.

**SO ORDERED.**

Dated:    New York, New York
            August 15, 2024

                                                  Victor Marrero
                                                    U.S.D.J.