```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTONIA PHILLIPS, et al.

                Plaintiffs,

- against -

CITY OF NEW YORK, et al.

                Defendants,

03 Civ. 4887 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns the show-cause hearing in this matter currently scheduled for August 23, 2024, to September 13, 2024, at 1:30 p.m. to address issues related to the discharge of Orange Bank & Trust as Trustee of the Henesy Feliz Supplement Needs Trust. If there are forthcoming submissions related to Orange Bank and Trust's discharge, they must be filed no later than September 6, 2024. The Court will not accept or consider any materials filed after that date.

    Separately, the Court shall hold a telephone conference on August 23, 2024, at 2:00 p.m. to address the matters raised by Wells Fargo's letter of August 12, 2024. (See Dkt. No. 481.) Grizelda Feliz, her attorney, and a representative of Wells Fargo are directed to attend that telephone conference.

**SO ORDERED.**

Dated:    New York, New York
            August 21, 2024

_____
Victor Marrero
U.S.D.J.