```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTONIA PHILLIPS, et al.

                Plaintiffs,

- against -

CITY OF NEW YORK, et al.

                Defendants,

03 Civ. 4887 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    In consideration of the minimum wage in New York and the adoption subsidy paid to Griselda Feliz by the City of New York until Henesy Feliz reached the age of twenty-one, the Court hereby authorizes Trustee Wells Fargo Bank N.A. to increase Griselda's Feliz's salary from $2,500 to $3,000 per month.

    For reasons stated at the telephone conference held before the Court on August 23, 2024, the Court hereby rescinds the portion of its Order dated June 3, 2024, Dkt. No. 474, directing Wells Fargo Bank, N.A. to fund a separate bank account for the benefit of Henesy Feliz.

**SO ORDERED.**

Dated:   New York, New York
         August 26, 2024

                                            _____
                                            Victor Marrero
                                            U.S.D.J.