```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PHILLIPS, et al.

                  Plaintiffs,

        - against -

CITY OF NEW YORK, et al.

                  Defendants,

03 Civ. 4887 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court hereby adjourns the show-cause hearing in this matter currently scheduled for September 13, 2024, to September 27, 2024, at 11:30 a.m.

**SO ORDERED.**

Dated:    New York, New York
             September 10, 2024

_____
Victor Marrero
U.S.D.J.