UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIA PHILLIPS, et al.

                Plaintiffs,

      - against -

CITY OF NEW YORK, et al.

                Defendants,

**03 Civ. 4887 (VM)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/24

**VICTOR MARRERO**, United States District Judge.

    The Court hereby adjourns the show-cause hearing in this matter currently scheduled for September 27, 2024, to October 25, 2024, at 1:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
            September 24, 2024

                                                Victor Marrero
                                                  U.S.D.J.