USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTONIA PHILLIPS, et al.

                Plaintiffs,

- against -

CITY OF NEW YORK, et al.

                Defendants,

**03 Civ. 4887 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    For the reasons discussed during the telephone conference on October 25, 2025, Griselda Feliz shall pay for the specialized transportation costs of approximately $700 associated with relocating to a temporary residence due to home construction. Trustee Wells Fargo Bank, N.A. (the "Trustee") is authorized to pay Griselda Feliz a one-time emergency stipend to cover these specialized transportation costs of approximately $700. The stipend shall reflect the exact cost of the transportation services to move into the temporary residence, which shall be documented by original receipts. A separate request shall be submitted to the Court regarding reimbursement for the costs of the specialized transportation services to return to the primary residence, which are anticipated to be $700, once the home construction is completed.

**SO ORDERED**

Dated:   New York, New York
         October 25, 2024

                                         _____
                                              Victor Marrero
                                                 U.S.D.J.