USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTONIA PHILLIPS, et al.

                    Plaintiffs,

        - against -

CITY OF NEW YORK, et al.

                    Defendants,

**03 Civ. 4887 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court directs Trustee Wells Fargo Bank, N.A. ("Wells Fargo" or "Trustee") to state why it has not responded to the Court's Order from December 2, 2024, regarding the authority of the Trustee to retain counsel. (See Dkt. No. 494.) Wells Fargo shall respond within seven (7) days of the date of this Order.

**SO ORDERED.**

Dated:   New York, New York
         January 28, 2025

Victor Marrero
U.S.D.J.