```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTONIA PHILLIPS, et al.

                Plaintiffs,

- against -

CITY OF NEW YORK, et al.

                Defendants,

03 Civ. 4887 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby approves the request of Wells Fargo Bank, N.A. ("Wells Fargo" or the "Bank") to retain Scott Lavin of Fox Rothschild LLP to advise the Bank on proper administration of the Henesy Feliz Supplemental Needs Trust (the "Trust") on the terms and conditions specified in the letter from Wells Fargo dated February 20, 2025, and the Court's prior Order at Dkt. No. 494. Mr. Lavin is directed to enter his appearance on the docket in this matter.

**SO ORDERED.**

Dated:    New York, New York
           February 26, 2025

_____
Victor Marrero
U.S.D.J.