```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTONIA PHILLIPS, et al.,

        Plaintiffs,

- against -

CITY OF NEW YORK, et al.,

        Defendants.

**03 Civ. 4887 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A telephone conference is scheduled for August 8, 2025, at 2:00 PM to discuss the parties' request to relieve Wells Fargo Bank, N.A. ("Wells Fargo") as Trustee, to appoint Orange Bank & Trust Company ("Orange Bank") as Trustee, and to award a reasonable fee to Wells Fargo for its work as Trustee. (See Dkt. No. 500.) Counsel for Wells Fargo, Orange Bank, and Griselda Feliz are directed to join the conference via Microsoft teams at the scheduled time using the following link: [Join Meeting](). [Meeting ID: 286 656 776 492 2] [Passcode: Y8xc32rz].

**SO ORDERED.**

Dated:    New York, New York
            July 31, 2025

                                      _____
                                          Victor Marrero
                                            U.S.D.J.