**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTONIA PHILLIPS, et al.,

                Plaintiffs,

- against -

CITY OF NEW YORK, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2025
```

**03 Civ. 4887 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Counsel for Griselda Feliz requests an adjournment of the telephone conference on August 8, 2025, due to a scheduling conflict. (See Dkt. No. 503.) The adjournment request is unopposed. (See id.) The adjournment request is **GRANTED**. Accordingly, the telephone conference scheduled for August 8, 2025, is hereby adjourned to August 15, 2025, at 2:00 PM to discuss the parties' request to relieve Wells Fargo Bank, N.A. ("Wells Fargo") as Trustee, to appoint Orange Bank & Trust Company ("Orange Bank") as Trustee, and to award a reasonable fee to Wells Fargo for its work as Trustee. (See Dkt. No. 500.) Counsel for Wells Fargo, Orange Bank, and Griselda Feliz are directed to join the conference via Microsoft teams at the scheduled time using the following link: Join Meeting. [Meeting ID: 286 656 776 492 2] [Passcode: Y8xc32rz].

**SO ORDERED.**

Dated:   New York, New York
         August 7, 2025

_____
Victor Marrero
U.S.D.J.