UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/30/2025_
```

ANTONIA PHILLIPS, et al.,

                    Plaintiffs,

          - against -

CITY OF NEW YORK, et al.,

                    Defendants.

03 Civ. 4887 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

Griselda Feliz requests a conference to address the parties' request to relieve Wells Fargo Bank, N.A. ("Wells Fargo") as Trustee and to appoint Orange Bank & Trust Company ("Orange Bank") as Successor Trustee. (See Dkt. No. 510.) However, as the Court indicated during the conference on August 15, 2025, and in its order dated August 20, 2025, (see Dkt. No. 508), the Court cannot meaningfully address the parties' request to appoint Orange Bank as Successor Trustee because Orange Bank has failed to appear in this action. The parties are hereby directed to meet and confer to formulate a recommendation for the Court to consider in light of the Court's concerns about the performance of Orange Bank during its service as Trustee and Orange Bank's failure to enter an appearance in this action in response to the Court's previous orders scheduling a conference with the parties. (See Dkt. Nos. 501, 504.) The parties must submit their recommendation

within twenty (20) days and include a financial institution

qualified to substitute Wells Fargo as Trustee in this case.


**SO ORDERED.**

Dated:     New York, New York
           September 30, 2025

                                          _____
                                              Victor Marrero
                                                 U.S.D.J.