USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTONIA PHILLIPS, et al.,

Plaintiffs,

- against -

CITY OF NEW YORK, et al.,

Defendants.

**03 Civ. 4887 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Counsel filed a status update in this action on July 30, 2026. (See Dkt. No. 516.) Counsel for Mrs. Feliz is hereby directed to submit a letter within fourteen (14) days of the date of this Order, setting forth Mrs. Feliz's outstanding issues with real property and expenses that were referred to in the July 30, 2026 status update.

**SO ORDERED.**

Dated: 3 August 2026
New York, New York

Victor Marrero
U.S.D.J.