USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTONIA PHILLIPS, et al.,

Plaintiffs,

- against -

THE CITY OF NEW YORK, et al.,

Defendants.

**03 Civ. 4887 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Wells Fargo Bank, N.A., Trustee of the Henesy Feliz Supplemental Needs Trust (the "Trust"), is directed to make a distribution of Trust principal to pay for the following expenses raised in the October 23, 2026, letter to the Court by Ms. Griselda Feliz's counsel, Artem Djukic: (1) $698.49 for an Optimum Cable bill; and (2) $550.00 for medically required diapers. (See Dkt. No. 524.)

**SO ORDERED.**

Dated: New York, New York
October 30, 2026

Victor Marrero
U.S.D.J.